# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147464

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DEANDRE ANGELO MULLINS,
   Defendant-Appellant.

SC: 147464
COA: 312358
Wayne CC: 08-001477-FC
      08-000988-FC

_____/

   On order of the Court, the application for leave to appeal the May 30, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



s1216

Clerk